

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00354-CV

**EX PARTE M.N.F.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06163
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  August 5, 2015

APPEAL DISMISSED

The appellant has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

PER CURIAM